# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY ZUNIGA,<br><br>            Petitioner,<br><br>   v.<br><br>KINGS COUNTY,<br><br>            Respondent.<br>_____/ | 1:08-cv-0096 OWW DLB HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING PETITION, WITH PREJUDICE, AS UNTIMELY, AND DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY<br><br>[Doc. 21] |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On July 18, 2008, the Magistrate Judge issued Findings and Recommendation that the Motion to Dismiss be GRANTED.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

      On July 31, 2008, Petitioner filed timely objections to the Findings and Recommendation.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

      Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendation issued July 18, 2008, is ADOPTED IN FULL;

2.    Respondent's Motion to Dismiss is GRANTED;

3.    The Petition for Writ of Habeas Corpus is DISMISSED, with prejudice;

4.    The Clerk of the Court is DIRECTED to close this action; and,

5.    The court declines to issue a Certificate of Appealability. 28 U.S.C. § 2253(c); <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000) (in order to obtain a COA, petitioner must show: (1) that jurists of reason would find it debatable whether the petition stated a valid claim of a denial of a constitutional right; and (2) that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000). In the present case, the Court does not find that jurists of reason would not find it debatable whether the petition was properly dismissed, with prejudice, as time-barred under 28 U.S.C. § 2244(d)(1). Petitioner has not made the required substantial showing of the denial of a constitutional right.

IT IS SO ORDERED.

**Dated:**    September 11, 2008            /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE